IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARCADIO LOPEZ GABRIEL          :          CIVIL ACTION
          :
          :
    v.         :
          :
J.L. JAMISON, ET AL.          :          NO.   26-5116

## ORDER

**AND NOW**, this 23rd day of July, 2026, upon consideration of Petitioner Arcadio Lopez Gabriel's Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that Petitioner shall promptly forward the Petition to the Office of the United States Attorney at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.

**IT IS FURTHER ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the instant Petition for Writ of Habeas Corpus is pending.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.